PROB 12C
Rev 2/03

# United States District Court

### for

### Southern District of Ohio

FILED
JAMES BONINI
CLERK

07 FEB -8 AM 10: 29

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: **Ryan Lamar Drummond**                              Case Number: **1:02CR00151**

Name of Sentencing Judicial Officer: **The Honorable Herman J. Weber , United States Senior District Judge**

Date of Original Sentence: **October 1, 2003**

Original Offense: **Conspiracy to Distribute Cocaine**

Original Sentence:  **18 month(s) prison,  36 month(s) supervised release**

Type of Supervision: **Term Of Supv Rel**                    Date Supervision Commenced: **February 28, 2005**

Assistant U.S. Attorney: **Kenneth L. Parker**                    Defense Attorney: **Richard W. Smith-Monahan**

## PETITIONING THE COURT

[X]      To issue a warrant
[ ]      To issue an Order to Appear and Show Cause
[ ]      To grant an exception to revocation without a hearing.

| Violation Number | Nature of Noncompliance |
|---|---|
| # 1 | On or about November 14, 2006, Agents of the Regional Narcotics Units searched the offender's residence at 741 Woodlawn Avenue, Apartment 3, Cincinnati, Ohio.  The search revealed two pounds of marijuana and packaging materials.  The offender is believed to be a part of a large distribution operation.  The Criminal Complaint indicates the offender conspired to distribute in excess of 100 kilograms of marijuana, in violation of Title 21, U.S.C., Section 846; 841 (a)(1) &(b)(1)(B).  His conduct is in violation of the standard condition of supervision which states the offender shall not commit another Federal, state or local crime and shall not illegally possess a controlled substance. |
| # 2 | The offender failed to comply with condition # 7, which states the offender shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.  The new offense conduct reveals he was in possession of two pounds of marijuana. |
| # 3 | The offender failed to comply with condition # 9, which states the offender shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.  The offender admitted involvement in a large drug distribution organization. |
| # 4 | The offender failed to comply with condition # 11, which states the offender shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.  A search warrant was executed at his personal residence and the offender failed to advise of any contact or questioning by law enforcement. |

PROB 12C
Rev 2/03

2

U.S. Probation Officer Recommendation: The offender has admitted involvement in a large drug distribution operation while under a term of supervised release, for the very same offense conduct. He is currently scheduled for a detention hearing on Thursday, February 1, 2007, at 1:30 p.m., before the Honorable Timothy S. Hogan.

It is clear that he has continued to engage in criminal activity even while under supervision. Based on his noncompliant behavior and complete disregard for his conditions of release, it is requested that a warrant be issued and lodged as a detainer, pending resolution of the new offense conduct. Upon completion of the pending matter, it is recommended that a violation hearing be held and that the offender show cause as to why his term of supervised release should not be revoked.

The term of supervision should be
    [X]     Revoked.
    [ ]     Extended for  years, for a total term of  years.
    [ ]     Continued based upon the exception to revocation under 18 U.S.C. 3563(e) or 3583(d)
    [ ]     The conditions of supervision should be modified as follows:


I declare under penalty of perjury that                    Approved,
the foregoing is true and correct.
Executed on  **January 31, 2007**

                                                by

**Michelle Merrett**                                  **John Cole**
U.S. Probation Officer                              Supervising U.S. Probation Officer

                                                Date:        **January 31, 2007**


THE COURT ORDERS:

[ ]     No Action
[✓]     The Court finds that there is probable cause to believe the defendant has violated the conditions of his/her probation/supervised release and orders the Issuance of a Warrant for his/her arrest.
[ ]     The Issuance of an Order to Appear and Show Cause
[ ]     The Court finds the defendant can benefit from continued substance abuse treatment and grants an exception to revocation. The supervision term of the defendant is continued under all original terms and conditions.
[ ]     Other

_____
Signature of Judicial Officer

2/6/07
Date