CRIMINAL MINUTES
PROBATION VIOLATION OR SUPERVISED RELEASE VIOLATION

United States of America                    Case 1:2CR151

vs

RYAN LAMAR DRUMMOND

Court Personnel:
U.S. Magistrate Judge Timothy S. Black
Courtroom Deputy: Jan Lahley
Court Reporter:     Mary Ann Ranz
Date:               2/9/07 @ 1:30

Attorney for USA:        Ben Dusing
Attorney for Defendant:  Federal Public Defender   C Ransom Hudson

✓ Initial appearance held. Defendant informed of rights and charges.

___ Case continued for Probable Cause Hearing _____ Detention Hearing _____
    on _____
✓ Probable cause hearing held/(waived). Defendant to appear before District Judge Weber for Probation Violation/supervised release hearing.

___ Probable cause found / not found

✓ Defendant DETAINED pending hearing.
___ Defendant RELEASED on _____ bond

✓ Order APPOINTING counsel   FPD

Remarks:
_____
_____
_____