UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

UNITED STATES OF AMERICA

-vs-                                             Case No. CR-1-02-151 (3)

**RYAN DRUMMOND**

---

**WAIVER OF PRELIMINARY EXAMINATION
OR HEARING
(RULE 5 OR 32.1, FED. R CRIM. P.)**

I, **RYAN DRUMMOND**, charged in a Petition pending in this district with supervised release violation and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary examination or hearing, do hereby waive (give up) my right to a preliminary examination or hearing.

_____          _____
                                                        Defendant

2/9/07                                      _____
Date                                            Counsel for Defendant

AO 468 (1/86) Waiver of Preliminary Examination or Hearing