UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

|  |  |  |
|---|---|---|
|  | : | Case No.: CR-1-02-151 |
| UNITED STATES OF AMERICA, |  |  |
| Plaintiff, | : | ( Judge Herman J. Weber) |
| v. | : |  |
| RYAN LAMAR DRUMMOND, |  |  |
| Defendant |  |  |

:

**ORDER**

Parties are advised that the above styled case is SCHEDULED for a Revocation Hearing on Thursday, March 1, 2007 at 1:30 p.m.

**IT IS SO ORDERED.**

                                                                                                  s/Herman J. Weber
                                                                            Herman J. Weber, Senior Judge
                                                                            United States District Court