AO 442   (Rev. 10/03)  Warrant for Arrest

# UNITED STATES DISTRICT COURT

SOUTHERN _____ District of _____ OHIO

FILED
JAMES BONINI
CLERK
07 FEB -8 AM 10: 29

UNITED STATES OF AMERICA

V.

RYAN LAMAR DRUMMOND

**WARRANT FOR ARREST**

Case Number:   1:02CR0151

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   RYAN LAMAR DRUMMOND
                                                                    Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Probation Violation Petition ☒ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with   (brief description of offense)

( SEE ATTACHED )

07 FEB 23 PM 12: 25
FILED JAMES BONINI CLERK

in violation of Title _____ United States Code, Section(s) _____

JAMES BONINI
Name of Issuing Officer

CLERK
Title of Issuing Officer

[signature]
Signature of Issuing Officer

FEBRUARY 8, 2007   CINCINNATI, OHIO
Date and Location

---

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |
| HAMILTON COUNTY JAIL, CINCINNATI OH 4/15/02 |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 02/08/07 | BRAD ROMEY DUSM | [signature] 3058 |
| DATE OF ARREST 02/08/07 | | |

AO 442    (Rev. 12/85) Warrant for Arrest

### THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____    WEIGHT: _____

SEX: _____    RACE: _____

HAIR: _____    EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____

_____

PROB 12C
Rev 2/03

FILED
JAMES BONINI
CLERK

# United States District Court

07 FEB -8 AM 10: 29

for

## Southern District of Ohio

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: **Ryan Lamar Drummond**  Case Number: **1:02CR00151**

Name of Sentencing Judicial Officer: **The Honorable Herman J. Weber , United States Senior District Judge**

Date of Original Sentence: **October 1, 2003**

Original Offense: **Conspiracy to Distribute Cocaine**

Original Sentence: **18 month(s) prison, 36 month(s) supervised release**

Type of Supervision: **Term Of Supv Rel**    Date Supervision Commenced: **February 28, 2005**

Assistant U.S. Attorney: **Kenneth L. Parker**    Defense Attorney: **Richard W. Smith-Monahan**

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue an Order to Appear and Show Cause
[ ] To grant an exception to revocation without a hearing.

| Violation Number | Nature of Noncompliance |
|---|---|
| # 1 | On or about November 14, 2006, Agents of the Regional Narcotics Units searched the offender's residence at 741 Woodlawn Avenue, Apartment 3, Cincinnati, Ohio. The search revealed two pounds of marijuana and packaging materials. The offender is believed to be a part of a large distribution operation. The Criminal Complaint indicates the offender conspired to distribute in excess of 100 kilograms of marijuana, in violation of Title 21, U.S.C., Section 846; 841 (a)(1) &(b)(1)(B). His conduct is in violation of the standard condition of supervision which states the offender shall not commit another Federal, state or local crime and shall not illegally possess a controlled substance. |
| # 2 | The offender failed to comply with condition # 7, which states the offender shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician. The new offense conduct reveals he was in possession of two pounds of marijuana. |
| # 3 | The offender failed to comply with condition # 9, which states the offender shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer. The offender admitted involvement in a large drug distribution organization. |
| # 4 | The offender failed to comply with condition # 11, which states the offender shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer. A search warrant was executed at his personal residence and the offender failed to advise of any contact or questioning by law enforcement. |

I certify that this is a true and correct copy of the original filed in my office on 2-8-07
JAMES BONINI, CLERK
BY: /s/ [signature]
Deputy Clerk
DATE: 2-8-07