## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 1:02CR151 |
| vs. | : | Senior Judge Weber |
| Ryan Drummond, | : | |
| Defendant. | : | |

### MOTION TO CONTINUE SUPERVISED RELEASE REVOCATION HEARING

Now comes Defendant Ryan Drummond, by and through counsel, and hereby moves the Court for a continuance of his supervised release revocation hearing, currently set for March 1, 2007, until the underlying federal charge for conspiracy to distribute marijuana has been resolved.

As background, Mr. Drummond was charged in a criminal complaint on January 29, 2007 with one count of conspiracy to distribute marijuana. Mr. Drummond appeared before the magistrate judge of this Court on January 30, 2007 and was detained without bond in regard to the conspiracy charge. On February 8, 2007, the United States Probation Department filed a Petition to violate Mr. Drummond's supervised release in the above-captioned case and Mr. Drummond was brought before the magistrate judge on February 9, 2007. The supervised release violation is based upon the conduct underlying the marijuana conspiracy charged in the criminal complaint. This Court has scheduled the hearing on the supervised release violation for March 1, 2007. Mr. Drummond requests that the hearing on the supervised release violation be held in abeyance until such time as the new charge for conspiracy to distribute marijuana has been resolved.

Counsel for Mr. Drummond has spoken with Assistant United States Attorney Kenneth Parker, and he has no objection to the continuance requested herein.

Wherefore, Mr. Drummond respectfully requests a continuance of the supervised release violation hearing until the charge for conspiracy to distribute marijuana has been resolved.

STEVEN S. NOLDER
FEDERAL PUBLIC DEFENDER

*s/ Richard Smith-Monahan*
Richard Smith-Monahan (0065648)
First Assistant Federal Public Defender
2000 URS Center
36 East Seventh Street
Cincinnati, Ohio 45202
(513) 929-4834

Attorney for Defendant
Ryan Drummond

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of February, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to the following: Kenneth Parker, Assistant United States Attorney.

*s/ Richard Smith-Monahan*
Richard Smith-Monahan