UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                          CR-1-02-151

RYAN LAMAR DRUMMOND,

        Defendant.

## ORDER

This matter is before the Court upon defendant's Motion for Continuance of the Revocation Hearing presently set for Thursday, March 1, 2007.

For good cause shown, and because the ends of justice will be served, the Court **GRANTS** the Motion for Continuance. The Revocation Hearing is hereby **CONTINUED** to **TUESDAY, MAY 15, 2007 AT 2:00 pm**.

**IT IS SO ORDERED.**

_____
Herman J. Weber, Senior Judge
United States District Court