UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

|  |  |  |
|---|---|---|
|  | : | Case No.: CR-1-07-33 |
|  |  | CR-02-151 |
| UNITED STATES OF AMERICA, |  |  |
| Plaintiff, | : |  |
| v. | : |  |
| **RYAN DRUMMOND,** |  |  |
| Defendant |  |  |
|  | : |  |

**ORDER**

**Parties are advised that the Sentencing Hearing in the above styled case is RESCHEDULED from September 6th to <u>Wednesday , September 26, 2007 at 10:00 a.m.</u>**

**IT IS SO ORDERED.**

                                                                                                    s/Herman J. Weber
                                                                                                    Judge Herman J. Weber
                                                                              United States District Court