UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

|  |  |
|---|---|
| : | Case No.: CR-1-07-33 |
|  | CR-1-02-151 |

UNITED STATES OF AMERICA,

      Plaintiff,                                :

v.                                                  :

**RYAN DRUMMOND,**

      Defendant                                                                             :

**ORDER**

**Pursuant to the joint request of counsel, the Sentencing Hearing in the above styled case is RESCHEDULED to Tuesday, November 13, 2007 at 10:00 a.m.**

**IT IS SO ORDERED.**

                                                                          s/Herman J. Weber
                                                                   Judge Herman J. Weber
                                                                   United States District Court