UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                 Case No.: CR-1-07-33
                                                              CR-1-02-151

**RYAN DRUMMOND,**

    Defendant

**ORDER**

**Parties are advised that the Sentencing Hearing currently scheduled for November 13, 2007 is RESCHEDULED to Thursday, January 24, 2008 at 10:00 a.m.**

**IT IS SO ORDERED.**

                                                     s/Herman J. Weber
                                                     Judge Herman J. Weber
                                                     United States District Court