UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff

v                                              Criminal: CR-1-07-33
                                                           CR-1-02-151

RYAN DRUMMOND,

    Defendant

**ORDER**

**Parties are advised that the Sentencing Hearing scheduled for January 24, 2008 is RESCHEDULED to Wednesday, March 26, 2008 at 10:00 a.m.**

    **IT IS SO ORDERED.**

                                                  _____s/Herman J. Weber_____
                                                          Judge Herman J. Weber
                                                       United States District Court