UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff

v                                         CR-1-07-33 and CR-1-02-151

**RYAN DRUMMOND,**

    Defendant

**ORDER**

**Parties are advised that the Sentencing Hearing currently scheduled for March 26, 2008 is RESCHEDULED to Wednesday, May 14, 2008.**

**IT IS SO ORDERED.**

                                                     ____s/Herman J. Weber_____
                                                         Judge Herman J. Weber
                                                         United States District Court