UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**CRIMINAL MINUTES - REVOCATION OF SUPERVISED RELEASE**
**SENTENCING HEARING**

UNITED STATES OF AMERICA
    -vs-                                    CASE NO. CR-1-02-151
RYAN DRUMMOND

_____

**COUNSEL:**
AUSA: Kenneth Parker
Defense: Richard Smith-Monahan

_____

Court Personnel Present:

HONORABLE HERMAN J. WEBER
Law Clerk Amy Thomas
Court Reporter L. Lavin (Official)
Courtroom Deputy Darlene Maury
Probation Officer  Laura Jensen

DATE: Wednesday, May 14, 2008
TIME: 2:10 p.m. - 2:30 p.m.

**DOCKET ENTRY:** Case called before J. Weber for SENTENCING. Defendant present with counsel. Statements by counsel.

REASONS FOR SENTENCE PLACED ON THE RECORD BY THE COURT.

**SENTENCE:**

The defendants Supervised Release is REVOKED and the Defendant is **SENTENCED to the Bureau of Prisons for a period of Twelve (12) months and One (1) day to be served consecutively with the sentence imposed on CR-07-33.**

**Defendant to pay balance of Fine previously imposed ($1510.00).**

DEFENDANT ADVISED BY THE COURT OF RIGHT TO APPEAL.

Defendant Remanded to Custody. Judgment Order to issue.