UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                  CR-1-02-151-03

RYAN LAMAR DRUMMOND,

        Defendant.

### ORDER

The Judgment (doc. no.117) entered in this case upon revocation of defendant's Supervised Release is hereby **AMENDED** to reflect that the sentence of **TWELVE (12) MONTHS AND ONE (1) DAY** imposed on page 3 **shall be served consecutively to the sentence imposed in Case No. CR-1-07-33.**

**IT IS SO ORDERED.**

_____
Herman J. Weber, Senior Judge
United States District Court